

# Fourth Court of Appeals
## San Antonio, Texas

May 15, 2019

No. 04-14-00558-CV

Edna A. **MARTINEZ,**
Appellant

v.

**STATE OFFICE OF RISK MANAGEMENT,**
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2001-CI-17102
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
            Rebeca C. Martinez, Justice (joins dissenting opinion)
            Patricia O. Alvarez, Justice
            Luz Elena D. Chapa, Justice
            Irene Rios, Justice[1]
            Beth Watkins, Justice (not participating)
            Liza A. Rodriguez, Justice (dissenting by opinion)

The Court has considered the Motion for Reconsideration En Banc filed by Appellant Edna A. Martinez, and the motion is DENIED.

It is so **ORDERED** on this 15th day of May, 2019.

---

[1] Justice Rios votes to deny the motion for reconsideration en banc because neither of the requirements for en banc consideration are satisfied in this case. *See* TEX. R. APP. P. 41.2(c) (providing that en banc consideration is "not favored" and "should not be ordered unless necessary to secure or maintain uniformity of a court's decisions" or unless required by "extraordinary circumstances").

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court

